IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA


FILED

JAN 0 3 2019

Clerk, U S District Court
District Of Montana
Billings

* * * * * * * * * * * * * * * * * * *

UNITED STATES OF AMERICA

vs.

**KAYLA JEAN YOUNG**  No. **CR 19-58-BLG-SPW**

DOB: XX/XX/1982  **PETITION TO OPEN SEALED ADULT RECORD**

SSN: XXX-XX-6476

Whereas the above-name defendant entered a plea of Guilty to the offense of Possession of Stolen Firearms in violation of 18 U.S.C. § 922(j) in the United States District Court for the District of Montana, the Petitioner requests all records pertaining to the Defendant in Cascade County District Court Case BDC 08-084 be made available for the purpose of preparing a Presentence Investigation Report for the Court.

_____
U.S. Probation Officer

January 2, 2020
Date

* * * * * * * * * *
**ORDER**
* * * * * * * * * *

THE COURT HAVING CONSIDERED THE AFOREMENTIONED PETITION does hereby order the release of pertinent records held by Cascade County District Court for the purpose of preparing a Presentence Investigation Report for the Court.

_____
United States District Judge

Dated this 3rd day of January, 2020.